UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-CR-14036-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

GLEN ROGER KROEGER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on January 15, 2025 **[ECF No. 36]**. A Report and Recommendation was filed on January 21, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 40]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 40]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts One, Two, Three, Four, Five, Six, Seven, and Eight of the Superseding Indictment. Counts One, Two, Three, Four, Five, and Six charge Defendant with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). Count Seven charges Defendant with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). Count

Eight charges Defendant with Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Monday, March 10, 2025, at 1:30 p.m.,** before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 6 day of February, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office